UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020

------------------------------------------------------------------X

MARIE JEAN CHARLES, MARIE H. JEAN FERRARI, and ANN MARIE JULES, individually and on behalf of others similarly situated,

                Plaintiff,

     -v-

MARQUIS HOME CARE, LLC,

                Defendant.

------------------------------------------------------------------X

20-cv-1715 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On February 26, 2020, Plaintiffs initiated this action to recover damages for alleged violations of federal and state wage and hour laws arising out of Plaintiffs' employment at Defendant Marquis Home Care, LLC ("Marquis Home Care"), located at 230 N. Main Street, Spring Valley, New York 10977. Dkt. No. 1.

    Pursuant to Rule 18(a)(i) of the Rules for the Division of Business Among District Judges for the Southern District of New York, a civil case "shall be designated for assignment to White Plains if," as relevant here, "[t]he claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at least one of the parties resides in the Northern Counties." In this case, Defendant Marquis Home Care is in Rockland County, the mailing addresses listed for Plaintiffs are in Rockland County, *see* Dkt. No. 1 at Exs. A-C, and nothing in the Complaint indicates that any part of the claim arose outside of Rockland County.

    Accordingly, this case has been reassigned to the White Plains courthouse. The Clerk of Court is respectfully directed to close Dkt. No. 6.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge