# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: February 27, 2020  
Index # 7:20-cv-01715-KMK

*Marie Jean Charles, et al.* — Plaintiff

against

*Marquis Home Care, LLC (d/b/a Marquis Home Care)* — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __April 16, 2020__, at __9:30 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on __Marquis Home Care, LLC__, the Defendant in this action, by delivering to and leaving with __Colleen Banahan__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __35-40__   Approx. Wt: __Over 200__   Approx. Ht: __5' 4" - 5' 8"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: _____

Sworn to before me on this  
__16th__ day of April 2020

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1839159

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**