**MEMO ENDORSED**

# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

EMAIL ADDRESS: NOEL.TRIPP@JACKSONLEWIS.COM
DIRECT DIAL: (631) 247-4661

September 25, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

       Re: *Marie Jean Charles, et al. v. Marquis Home Care, LLC*
            Civil Case No.: 20-cv-01715

Dear Judge Karas:

We represent Defendant Marquis Home Care, LLC ("Defendant") in the above referenced matter. We write further to the Court's directive during the August 21, 2020 pre-motion conference regarding status of the proposed motion practice. Defendant continues to assert deficiencies in Plaintiffs' current Amended Complaint (Dkt. 25) and that certain allegations therein are refuted by documentary evidence. In the course of discussing the pleading, the parties also discussed the potential for settlement discussions. To allow time for those discussions to continue, the parties request that the Court set the following briefing schedule: Defendant's Rule 12 motion October 23, 2020; opposition November 20, 2020; reply December 4, 2020. The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

JACKSON LEWIS

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:    All Counsel of Record (*via ECF*)

4836-9616-4044, v. 1

So Ordered

KMK
9/28/20