**MEMO ENDORSED**

# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

October 21, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: *Marie Jean Charles, et al. v. Marquis Home Care, LLC*
Civil Case No.: 20-cv-01715 (KMK)

Dear Judge Karas:

As counsel for the Defendant in the above-referenced matter, we write for all parties further to the Court's order (Dkt. 27) to request a modification of the briefing schedule set forth therein to allow for further settlement discussions. The parties respectfully request a two-week extension of the deadlines, so that the revised deadlines would be: November 6, 2020 submission of Defendant's Rule 12 motion; opposition December 4, 2020; reply December 18, 2020. This is the first request to modify these deadlines. The parties thank the Court for its attention to this request.

Granted.

So Ordered.

*[signature]*
10/22/20

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
Enclosure
cc:   Counsel of Record (*via ECF*)
4814-1510-1903, v. 1