MEMO ENDORSED

# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

November 30, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse2
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:  *Marie Jean Charles, et al. v. Marquis Home Care, LLC*
           Civil Case No.: 20-cv-01715 (KMK)

Dear Judge Karas:

      As counsel for Defendant in the above-referenced matter, we write for all parties further to the parties' prior status updates and the Court's orders (Dkt. 29, 31) to provide a status update and respectfully request one more modification of the briefing schedule in this matter. Defendant has retrieved and analyzed the records relating to the new claimant (Dkt. 30) and anticipates making a new settlement counteroffer to all Plaintiffs today or tomorrow. The parties respectfully request three additional weeks to continue negotiations. The revised proposed deadlines are: December 18, 2020 submission of Defendant's Rule 12 motion; opposition January 8, 2021; reply January 15, 2021. The parties thank the Court for its attention to this request and continued attention to this matter.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      *Noel P. Tripp*
      Noel P. Tripp

NPT:dc
Enclosure
cc:  Counsel of Record (*via ECF*)
4823-6409-2882, v. 2

Granted
So Ordered
KMK
12/3/20