# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                   Facsimile: (212) 317-1620
ramsha@csm-legal.com

October 11, 2022

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
300 Quarropas Street
White Plains, NY 10601

         Re: <u>Jean Charles et al v. Marquis Home Care, LLC</u>
             Index No.: 20-cv-01715-KMK

Your Honor:

       This office represents Plaintiffs in the above captioned matter. This letter is written pursuant to Your Honor's Order dated September 20, 2022 that Plaintiffs show cause why the action should not be dismissed for failure to prosecute.

       Since taking over this matter from the predecessor in this case, the parties have been engaged in settlement negotiations. The parties, however, have been unable to reach a settlement in this matter. In this same time, Defendants have failed to file their Motion to Dismiss despite receiving multiple extensions. (ECF Nos. 27, 29, 31, 33, 35, 36). As such, Plaintiffs respectfully request 30 days to file a motion for default for Defendants' failure to Answer the Amended Complaint.

       We thank the Court for its attention to this matter.

                                                     Respectfully Submitted,

                                                     <u>/s/ Ramsha Ansari</u>
                                                     Ramsha Ansari, Esq.
                                                     60 East 42nd Street, Suite 4510
                                                     New York, NY 10165
                                                     212-317-1200
                                                     ramsha@csm-legal.com

cc: All counsel (VIA ECF)