# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

November 8, 2022

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: *Marie Jean Charles, et al. v. Marquis Home Care, LLC*
    Civil Case No.: 20-cv-01715 (KMK)

Dear Judge Karas:

As counsel for Defendant in the above-referenced matter we write for all parties further to the Court's prior order (ECF Dkt. 54) to notify the Court that the parties have reached an agreement in principle to resolve this matter, and request until December 8, 2022 to submit a *Cheeks* application or a notice of acceptance of offer of judgment under FRCP 68, and adjournment of other deadlines *sine die* pending finalization.

We thank the Court for its continued attention to this matter.

Granted.

So Ordered.

*[signature]*

11/8/22

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:  Counsel of Record (*via ECF*)

4880-9246-2392, v. 3