# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

December 7, 2022

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

　　　　　　　　　　Re:　*Marie Jean Charles, et al. v. Marquis Home Care, LLC*
　　　　　　　　　　　　　Civil Case No.: 20-cv-01715 (KMK)

Your Honor:

　　This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendants to respectfully request an extension of time to submit a *Cheeks* application or an acceptance of offer of judgment under FRCP 68 from December 8, 2022 to December 21, 2022. Counsel for the parties need additional time to finalize resolution. This is the first such request.

　　We thank the Court for the time and attention devoted to this matter.

Granted, but there will be no further extensions.

So Ordered.

/s/ *signature*
12/8/22

Respectfully Submitted,

*/s/ Ramsha Ansari*
Ramsha Ansari, Esq.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel. No.: (212) 317-1200
*Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

Certified as a minority-owned business in the State of New York