UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MARIE JEAN CHARLES, MARIE H. JEAN
FERRARI, and ANN MARIE JULES,             20-cv-01715
*Individually and on behalf of others similarly
situated,*             X(PROPOSED) JUDGMENT

           Plaintiffs,

    -against-

MARQUIS HOME CARE, LLC, (D/B/A
MARQUIS HOME CARE),

           Defendant.
---------------------------------------------------------X

WHEREAS on or about December 21, 2022 Defendant MARQUIS HOME CARE, LLC, (D/B/A MARQUIS HOME CARE, ("Defendant") extended to Plaintiffs MARIE JEAN CHARLES, MARIE H. JEAN FERRARI, and ANN MARIE JULES an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about December 21, 2022.

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendant in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>.

Dated: New York, New York

       <u>December 21</u> , 2022

                                  _____
                                  JUDGE KENNETH M. KARAS, U.S.D.J.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIE JEAN CHARLES, MARIE H. JEAN
FERRARI, and ANN MARIE JULES,
*Individually and on behalf of others similarly situated,*

20-cv-01715

X(PROPOSED) JUDGMENT

        Plaintiffs,

  -against-

MARQUIS HOME CARE, LLC, (D/B/A
MARQUIS HOME CARE),

        Defendant.
------------------------------------------------------------X

  WHEREAS on or about December 21, 2022 Defendant MARQUIS HOME CARE, LLC, (D/B/A MARQUIS HOME CARE, ("Defendant") extended to Plaintiffs MARIE JEAN CHARLES, MARIE H. JEAN FERRARI, and ANN MARIE JULES an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about December 21, 2022.

  JUDGMENT shall be entered in favor of said Plaintiffs against said Defendant in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>.

  Dated: New York, New York

      December 21 , 2022

                _____
                JUDGE KENNETH M. KARAS, U.S.D.J.